Steven Jay Pincus Hueter aka Tao
86 Smith Avenue,
Kington New York, 12401
Telephone Number: (+1 845) 235-4345
E-mail Address:
CivilRightsMatter2@gmail.com, TaoLovesTau@gmail.com
Plaintiff *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF <u>COLUMBIA</u>
<u>TRIAL</u> DIVISION

| | |
|---|---|
| Steven Jay Pincus Hueter aka Tao, et al.<br>Plaintiffs,<br>-against-.<br><br>Secretary of Interior Haaland, et al.,<br>Defendants. | **Case No.** <u>**1:21-CV-02342-TNM**</u><br><br>**Opposition To American Samoa Defendants' ECF 17 Combined Motion** |

**PLAINTIFF PRO SE'S OPPOSITION TO ECF 17
MOTION TO HOLD IN ABEYANCE DEADLINE TO RESPOND TO AMENDED
COMPLAINT AND REQUEST FOR STATUS CONFERENCE, OR, IN THE
ALTERNATIVE, MOTION FOR EXTENSION OF TIME**

COMES now Plaintiff pro se and presents the foregoing Opposition to the untimely and in bad faith ECF 17 Motion To Hold In Abeyance Deadline To Respond To Amended Complaint And Request For Status Conference, Or, In The Alternative, Motion For Extension Of Time. ("ECF 17 Combined Motion").

**Defendants Fail To Confer In Writing In Good Faith
Prior To Filing ECF 17 Combined Motion**

The ECF 17 Combined Motion is untimely and in bad faith in part due to the fact that it has been filed without the fulfillment of the Local Rule 7(m) required Meet and Confer in good faith to narrow differences by the Defendants. Plaintiff clearly and repeatedly requested in writing to Defendants that Defendants place in writing their issues, so that there would be a clear record, and that Plaintiff would respond immediately in writing. Instead of Meeting and Conferring with Plaintiff in writing, as clearly requested by Plaintiff, to establish a record, and instead of giving Plaintiff a chance to immediately respond in writing, Defendants filed the present untimely ECF 17 Combined Motion.

The Defendants Olivia Reid, Dr. Fred Uhrle, and Luaitaua Gene Pan (collectively, "Movants"), on behalf of themselves and for the benefit of the American Samoa Government ("ASG"), certain current and former ASG officials,[1] the COVID-19 Task Force of American Samoa and certain members of the Task Force,[2] the legislature of American Samoa known as the Fono and certain members of the Fono,[3] all of whom are named as Defendants in this case (collectively, "ASG Defendants"), did not respect the Local Rule 7(m) requirement and Meet and Confer in writing as clearly requested by Plaintiff prior to filing the untimely and premature and

---

**1**   Pl's Opp. To AS Defs' ECF 17 Mot.–1:21-cv-02342-TNM

1  bad faith ECF 17 Combined Motion, and Plaintiff respectfully requests that the Court deny their

2  "request that the Court hold in abeyance the July 18, 2022 deadline to respond to Plaintiff Steven

3  Jay Pincus Heuter's ("Plaintiff") Amended Complaint and Motion for Permanent Injunction, (see

4  June 19, 2022 Minute Order ("Minute Order")), pending the Court scheduling a status conference

5  to discuss several procedural issues on which Movants seek the Court's guidance and clarification

6  in order to comply with the Minute Order in the most efficient manner.

7  Plaintiff clearly in writing made repeated requests that both Movants and the federal

8  Defendants place their issues in writing so that there could be a record, and that Plaintiff would

9  immediately reply.  Although apparently Federal Defendants concur with the relief requested by

10 the untimely and bad faith ECF 17 Combined Motion, Federal Defendants have apparently not

11 filed their own Motion..

**Required Local Rule 7(m) Meet And Confer To Narrow Differences Has Not Yet Occurred Due To Defendants' Failure To Respect Plaintiff's Clear Reasonable Request To Place Their Issues In Writing So There Could Be A Record**

16 The required Local Rule 7(m) Meet and Confer to narrow differences has not yet occurred

17 prior to the untimely and bad faith filing of ECF 17 Combined Motion due to Defendants' failure

18 to respect Plaintiff's clear reasonable request to place their issue in writing so there could be a

19 record.

20 On Wednesday June 29, 2022 Plaintiff clearly communicated to Defendants in response to

21 a request for a telephonic conference that Plaintiff preferred that Defendants place their issues in

22 writing so there could be a record.:

23 From: **Tao LovesTau** <taolovestau@gmail.com>
24 Date: Wed, Jun 29, 2022 at 12:56 AM
25 Subject: SIMPLE CLARITY - ANYTHING CATHY HINGER ESQ HAS TO SAY -
26 PREFERRED - PUT IT IN WRITING - SO THERE IS NO CHANCE FOR CATHY
27 HINGER ESQ. TO DISTORT REALITY AND MISREPRESENT AN ORAL MEET AND
28 CONFER - AND TAO WILL RESPOND IN WRITING SO THAT THERE IS A CLEAR

```
RECORD OF ALL COMMUNICATION - SIMPLE CLARITY Re: Confirmed MEET AND
CONFER tomorrow WEDNESDAY JUNE 29, 2022 at 11:00 a.m. U.S. east coast time
Re: vector inbound - manifest life poem - gentle respectful offer of mediation in good faith
to resolve all conflict - Re: Hueter v. Haaland, et al., Case No
To: Hinger, Cathy <Cathy.Hinger@wbd-us.com>
Cc: civilrightsmatter civilrightsmatter <civilrightsmatter2@gmail.com>, Bruno, Victoria
<Victoria.Bruno@wbd-us.com>, Quinn, Tony (USADC) <Tony.Quinn2@usdoj.gov>,
Ames, Lela <Lela.Ames@wbd-us.com>, Chalashtori, Jasmine
<Jasmine.Chalashtori@wbd-us.com>, Tao LovesTau <taolovestau@gmail.com>
```

  SIMPLE CLARITY
- ANYTHING CATHY HINGER ESQ HAS TO  SAY - PREFERRED -  PUT IT IN WRITING - SO THERE IS NO CHANCE FOR CATHY HINGER ESQ. TO DISTORT REALITY AND MISREPRESENT AN ORAL MEET AND CONFER -
AND TAO WILL RESPOND IN WRITING SO THAT THERE IS A CLEAR RECORD OF ALL COMMUNICATION
SIMPLE CLARITY


On Tue, Jun 28, 2022 at 11:41 PM Hinger, Cathy <Cathy.Hinger@wbd-us.com> wrote:
> Thank you – confirmed for 11 a.m. tomorrow per the following dial in:  888-804-1335; conference room 6357814.
> Best Regards,
> Cathy Hinger


On Thursday June 30, 2022 Plaintiff immediately, clearly, and repeatedly communicated to Defendants during a telephone conference that Plaintiff preferred that Defendants place their issues in writing so there could be a record.:

From: **Tao LovesTau** <taolovestau@gmail.com>
Date: Thu, Jun 30, 2022 at 12:20 AM
Subject: I Tao Steven Jay Pincus Hueter, Plaintiff pro se wish to have meet and confer in writing so there is a record Re: Confirmed MEET AND CONFER tomorrow WEDNESDAY JUNE 29, 2022 at 11:00 a.m. U.S. east coast time
To: Quinn, Tony (USADC) <Tony.Quinn2@usdoj.gov>
Cc: Hinger, Cathy <Cathy.Hinger@wbd-us.com>, civilrightsmatter civilrightsmatter <civilrightsmatter2@gmail.com>, Bruno, Victoria <Victoria.Bruno@wbd-us.com>, Ames, Lela <Lela.Ames@wbd-us.com>, Chalashtori, Jasmine <Jasmine.Chalashtori@wbd-us.com>


I Tao Steven Jay Pincus Hueter, Plaintiff pro se wish to have meet and confer in  writing so there is a record

On Thu, Jun 30, 2022 at 12:18 AM Quinn, Tony (USADC) <Tony.Quinn2@usdoj.gov> wrote:

All –

At 11:14 am, the undersigned Assistant United States Attorney hung up on the meet and confer conference. It was the undersigned's assessment that there was no point in continuing the call.

Plaintiff kept repeating "put it in writing," and no communication was occurring.

v/r

**T. Anthony Quinn**| AUSA
Civil Division, U.S. Attorney's Office for D.C.
(202) 252-7558| 601 D Street, NW, Washington, DC 20530

### LOCAL DC RULE 7(m) REQUIRING MEET AND CONFER IN GOOD FAITH TO NARROW DIFFERENCES PRIOR TO FILING THE ECF 17 MOTION HAS NOT YET OCCURRED

The Local DC Rule 7(m) requiring that parties meet and confer in good faith to narrow differences prior to the untimely and bad faith filing of the ECF 17 Combined Motion has not yet occurred.

### CONCLUSION

Plaintiff pro se respectfully request that due to the untimely and bad faith premature filing of the ECF 17 Combined Motion, which is without merit, that said Motion be DENIED.

### Signatures

Respectfully Submitted,

DATE:    06/30/2022              /s/ Steven Jay Pincus Hueter aka Tao
                                 Steven Jay Pincus Hueter aka Tao
                                 Plaintiff *pro se*